**SQUIRE PATTON BOGGS (US) LLP**
Mark D. Sheridan, Esq.
382 Springfield Avenue
Summit, New Jersey 07901

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF GRIMALDI DEEP SEA S.P.A., AS OWNER/OPERATOR OF *M/V GRANDE COSTA D'AVORIO*, FOR EXONERATION FROM OR LIMITATION OF LIABILITY,<br><br>Plaintiff. | Civil Action No. 2:23-cv-20340 (JXN)(JBC) |

NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly enter my appearance as counsel on behalf of The Port Authority of New York and New Jersey in the above-captioned matter.

**SQUIRE PATTON BOGGS (US) LLP**
Mark D. Sheridan
382 Springfield Avenue
Summit, New Jersey 07901
t: (973) 848-5681
f: (973) 848-5601
mark.sheridan@squirepb.com

Dated: April 26, 2024         By:     /s/ Mark D. Sheridan
                                              Mark D. Sheridan

*Counsel for the Port Authority*
*of New York and New Jersey*

CERTIFICATION OF SERVICE

I, Mark D. Sheridan, Esquire, hereby certify that on April 26, 2024, I electronically filed the foregoing Notice of Appearance by using the Court's Case Management/Electronic Case Filing ("CM/ECF") system. Service of those registered CM/ECF users will be accomplished by the CM/ECF system.

/s/ Mark D. Sheridan
Mark D. Sheridan