AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| In the Matter of the Complaint of Grimaldi Deep Sea )<br>*Plaintiff* )<br>v. )<br>_____ )<br>*Defendant* ) | Case No.   2:23-cv-20340 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Maria Acabou, et. al., and Michele Brooks, et. al.,

Date:   06/11/2024

*Attorney's signature*

Hugh M. Turk (NJ Bar ID: 001331979)
*Printed name and bar number*

Sullivan Papain Block McManus Coffinas & Cannavo
Court Plaza North, 25 Main Street, Suite 602
Hackenack, New Jersey 07601

*Address*

hturk@triallaw1.com
*E-mail address*

(201) 342-0037
*Telephone number*

(201) 342-6461
*FAX number*