Raymond M. Brown, Esq.
**PASHMAN STEIN WALDER HAYDEN, P.C.**
Court Plaza South
21 Main Street, Suite 200
Hackensack, NJ 07601
(201) 488-8200
*Attorneys for Defendant*
*City of Newark*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTICT OF NEW JERSEY**

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF GRIMALDI DEEP SEA S.P.A. AS OWNER/OPERATOR OF M/V GRANDE COSTA D'AVORIO FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL CASE NO.:  2:23-cv-20340-JXN-JBC |

**TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Raymond M. Brown, Esq. of Pashman Stein Walder Hayden, P.C., is authorized to practice in this Court and hereby enters an appearance in this matter on behalf of Defendant City of Newark, and requests that copies of all papers in this action be served upon the undersigned in accordance with the Rules of Court.

                                                               **Pashman Stein Walder Hayden, P.C.**
                                                               *Attorneys for Defendant*
                                                                *City of Newark*

                                                               */s/ Raymond M. Brown*
                                                                Raymond M. Brown
                                                                Rbrown@pashmanstein.com

Dated: June 12, 2024