**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
50 WALNUT ST. ROOM 2060
NEWARK, NJ 07102

June 13, 2024

## LETTER ORDER

Re:    **In the Matter of the Complaint of Grimaldi Deep Sea SPA**
       **Civil Action No. 23-20340 (JXN)**

Dear Counsel,

Presently pending before the Court is a motion seeking leave to conduct certain discovery prior to the Federal Rule of Civil Procedure 26(f) conference in this matter. *See* Dkt. No. 13. A pretrial scheduling conference pursuant to Federal Rule of Civil Procedure 16 was held in this matter earlier today. Accordingly, the pending motion [Dkt. No. 13] is hereby **TERMINATED as moot**.

     **IT IS SO ORDERED.**

                                                    s/ James B. Clark, III
                                            **JAMES B. CLARK, III**
                                            **United States Magistrate Judge**