ATTORNEY(S):

INDEX # : 2:23-Cv-20340-JXN-JBC
PURCHASED/FILED : May 2, 2024
STATE OF : New York
COURT : U.S. District
COUNTY/DISTRICT : xxxxxx

# AFFIDAVIT OF SERVICE

GRIMALDI DEEP SEA S.P.A.

Plaintiff(s)/Petitioner(s)

vs

FAPS, INC., ET AL

Defendant(s)/Respondent(s)

STATE OF NEW JERSEY   COUNTY OF Somerset, SS.:

**Roger Padilla**, being duly sworn deposes and says deponent is not a party herein, and is over the age of eighteen years. That on 5/29/24 at 2:22 pm at **371 Craneway St, Newark NJ 07114** (Address where service was accomplished.) deponent did serve the following:

SUMMONS ON A THIRD-PARTY COMPLAINT, CERTIFICATION

on: **FAPS, INC.**

Defendant, (herein called recipient) therein named.

INDIVIDUAL ☐ By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

CORP. ☒ A corporation, by delivering thereat a true copy of each to **Nancy Mucha** personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be **Human Resources generalist** thereof.

Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person, including an effort to reach the defendant by telephone, (if such telephone number was available) and an attempt to locate the defendant's place of employment.

Previous attempts at personal service are as follows:

| on the ___ | day of ___ | at ___ |
| on the ___ | day of ___ | at ___ |
| on the ___ | day of ___ | at ___ |
| on the ___ | day of ___ | at ___ |
| on the ___ | day of ___ | at ___ |

SUITABLE PERSON ☐ By delivering a true copy of each to _____ a person of suitable age and discretion who agreed to accept on behalf of the party. Said premises is recipient's: [ ] dwelling house (usual place of abode). [ ] actual place of business

AFFIXING TO DOOR ☐ By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

MAILING COPY ☐ On _____ deponent completed service under the last two sections by depositing a copy of the above listed documents to the above address in a First Class postpaid properly addressed plain envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New Jersey.

The outside of the envelope did not include a return address or indicate that the communication was from an attorney.

DESCRIPTION ☒ A description of the person served is as follows:
(use with #1, 2 or 3)
Sex **F**   Color of skin **Hispanic**   Hair **Brown**   Approx. Age **55**   Approx. Height **5'5"**
Approx. weight **160 lbs**   Other _____

WIT. FEES ☐ $ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

NON MIL ☐ To the best of my knowledge and belief, said person was not presently in military service of the United States Government or on active duty in the military service in the State of New York at the time of service.

Appeared before and Sworn to me on this 30 day of May 24

_Karen Swickle_
NOTARY PUBLIC
Karen Swickle
NOTARY PUBLIC
State of New Jersey
ID # 50091984
My Commission Expires 10/11/2028

Notary Stamp

_Roger Padilla_

Invoice•Work Order # 2424026
Attorney File #   Grimaldi v. FAPS