UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF GRIMALDI DEEP SEA SPA AS OWNER/OPERATOR OF M/V GRANDE COSTA D'AVORIO FOR EXONERATION FROM OR LIMITATION OF LIABILITY, | Civil Action No. 23 Civ. 20340 (JXN-JBC)<br><br>**ORDER** |

THIS MATTER having been brought before the Court by Raymond M. Brown of Pashman Stein Walder Hayden, P.C., attorneys for Third-Party Defendant City of Newark and all parties consenting hereto, and the Court having considered the submission; and for good cause shown;

IT IS on this 13th day of August 2024, ORDERED as follows:

1. The deadlines set forth in the Pre-Trial Scheduling Order dated June 13, 2024, [D.E. 107] are amended as follows:

    a. **DISCOVERY**

        i. Fact discovery is to remain open through ~~8/28/2025~~ 6/30/2025. No discovery is to be issued or engaged in beyond that date, except upon application and for good cause shown.

        ii. The parties may serve interrogatories limited to **twenty-five (25)** single questions. Such interrogatories, and initial requests for production of documents, as well as initial requests for admissions shall be served by ~~11/13/2024~~ 9/15/2024 and shall be responded to by ~~12/15/2024~~ 10/15/2024.

        iii. Any unresolved discovery disputes (other than those that arise during depositions) must be brought before the Court no later than ~~12/24/2024~~ 10/28/2024. The

Court will not entertain applications concerning discovery matters, informally or otherwise, after this date and any objection will be deemed to have been waived. If an unresolved dispute arises at a deposition, then the parties shall contact the Chambers of the Undersigned for assistance during the deposition.

b. **DISCOVERY CONFIDENTIALITY ORDERS**

   i. Any proposed confidentiality order agreed to by the parties must be submitted by ~~12/4/2024~~ 10/7/2024 and must strictly comply with Fed. R. Civ. P. 26(c) and L. Civ. R. 5.3. *See also Pansy v. Borough of Stroudsburg*, 23 F.3d 772 (3d Cir. 1994); *Glenmede Trust Co. v. Thompson*, 56 F.3d 476 (3d Cir. 1995). Any such order must be clearly designated **"Discovery Confidentiality Order."** *Id.*

c. **MOTIONS**

   i. Any motion to add new parties, whether by amended or third-party complaint, must be filed not later than ~~01/23/2025~~ 11/22/2024 and shall be made returnable on ~~02/16/2025~~ 12/16/2024.

   ii. Any motion to amend the pleadings must be filed not later than ~~01/23/2025~~ 11/22/2024 and shall be made returnable on ~~02/16/2025~~ 12/16/2024.

d. **EXPERTS**

   i. All affirmative expert reports shall be delivered by ~~12/29/2025~~ 10/27/2025. Any such report shall be in the form and content as required by Fed. R. Civ. P. 26(a)(2)(B).

    ii. All responding expert reports shall be delivered by ~~02/28/2026~~ 12/31/2025. Any such report shall be in the form and content as described above.

    iii. All expert discovery shall be completed by ~~03/31/2026~~ 1/30/2026.

2. All other provisions of the Court's prior Order remain in effect.

IT IS SO ORDERED.

Dated: 8/13/2024

~~JULIEN X. NEALS, U.S.D.J.~~
Hon. James B. Clark, III, USMJ