# Sills Cummis & Gross
A Professional Corporation

**SO ORDERED**
*s/James B. Clark*
James B. Clark, U.S.M.J.
Date: 9/23/2024

The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
Tel: (973) 643-7000
Fax (973) 643-6500

Jeffrey J. Greenbaum
Member
Direct Dial: 973-643-5430
Email: jgreenbaum@sillscummis.com

101 Park Avenue
28th Floor
New York, NY 10178
Tel: (212) 643-7000
Fax: (212) 643-6500

September 23, 2024

\* The October 1, 2024 telephone conference is adjourned to November 12, 2024 at 12:30 pM.

**VIA ECF**

Chambers of James B. Clark III
United States Magistrate Judge
Martin Luther King U.S.
50 Walnut Street
Newark, NJ 07102

Re: **In the Matter of Grimaldi Deep Sea S.p.A.**
    **Civil Action No. 2:23-cv-20340**

Dear Magistrate Judge Clark:

We represent defendant Port Authority of New York and New Jersey and inquire as to whether the Court intended the previously scheduled status conference for October 1 to go forward in view of the recent extension granted by the Court.

In the initial scheduling order entered in this case on June 13, 2024 (D.E. 107), the Court required discovery to be served by August 15, responses by September 15, discovery issues to be presented by September 25, and a conference with all counsel for October 1.

As the request of Newark, on August 13, the Court granted an extension of certain of those dates. (See D.E. 141). The order extended the time for discovery to be served to September 15, required responses by October 15 and discovery issues to be presented by October 28. The Order did not address the scheduling conference previously set for October 1.

In view of the extensions granted, we were wondering whether the Court wanted the October 1 conference to go forward, or for it to be rescheduled for a month to coincide with the

**Sills Cummis & Gross**
A Professional Corporation

September 23, 2024
Page 2

other extensions. While we believe the Court may have intended it be also be rescheduled, we remain available at the Court's convenience.

Respectfully yours,

*/s/ Jeffrey J. Greenbaum*

Jeffrey J. Greenbaum

JG:rl

cc: All Counsel by ECF and email