

# MONTGOMERY McCRACKEN

ATTORNEYS AT LAW

**John J. Levy**
Senior Counsel
Admitted in: New Jersey, New York &
Pennsylvania{}Certified by the Supreme
Court of New Jersey as a Civil Trial Attorney

LibertyView
457 Haddonfield Road, Suite 600
Cherry Hill, NJ 08002-2220
Tel:  856-488-7700

Direct Dial:    856-488-7739
Fax:            856-488-7720
Email:          jlevy@mmwr.com

October 7, 2024

<u>**Via ECF**</u>

Hon. James B. Clark, III
United States Magistrate Judge
Martin Luther King Building
 & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

> Re:    **In the Matter of the Complaint of Grimaldi Deep Sea S.p.A. as**
>        **Owner/Operator of M/V Grande Costa D'Avorio for Exoneration**
>        **From or Limitation of Liability**
>        **Civil Action No. 2:23-cv-20340-JXN-JBC**

Dear Judge Clark:

I am writing on behalf of Plaintiff Grimaldi Deep Sea S.p.A. ("Grimaldi") to request that the Court sign and enter the attached proposed Confidentiality Order, which has been agreed upon by all counsel.  The proposed order mirrors the title and wording of Appendix S (updated May 2, 2024) to the Court's Local Rules.

Respectfully submitted,

*s/John J. Levy*

John J. Levy

JJL:med
cc:     All Counsel of Record (*via ECF notification*)

**MONTGOMERY McCRACKEN WALKER & RHOADS LLP**

PENNSYLVANIA • NEW YORK • NEW JERSEY • DELAWARE

A PENNSYLVANIA LIMITED LIABILITY PARTNERSHIP
MICHAEL J. FEKETE, NEW JERSEY RESPONSIBLE PARTNER

6651134v1