

**MONTGOMERY McCRACKEN**

ATTORNEYS AT LAW

**John J. Levy**
Senior Counsel
Admitted in: New Jersey, New York &
Pennsylvania{}Certified by the Supreme
Court of New Jersey as a Civil Trial Attorney

LibertyView
457 Haddonfield Road, Suite 600
Cherry Hill, NJ 08002-2220
Tel:  856-488-7700

Direct Dial:    856-488-7739
Fax:            856-488-7720
Email:       jlevy@mmwr.com

October 11, 2024

***Via ECF***

Hon. James B. Clark, III
United States Magistrate Judge
Martin Luther King Building
 & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

> Re:    **In the Matter of the Complaint of Grimaldi Deep Sea S.p.A. as
> Owner/Operator of M/V Grande Costa D'Avorio for Exoneration
> From or Limitation of Liability**
> **Civil Action No. 2:23-cv-20340-JXN-JBC**

Dear Judge Clark:

I am writing on behalf of Plaintiff Grimaldi Deep Sea S.p.A. ("Grimaldi") to correct an error in the proposed Amended Scheduling Order, which calls for all discovery disputes to be submitted by December 15, 2024, the date all discovery is due.  Port Authority's counsel, Jeffrey Greenbaum, Esquire, pointed out to me that it is impossible for parties to submit to the court discover disputes on the date discovery is received.  (I am grateful to Mr. Greenbaum, and I regret not running the proposed order by him for his excellent advice before submitting it.)  Would you please correct the date in paragraph 3 of the proposed order to **02/15/2026**?  Thank you.

Respectfully,

*s/John J. Levy*

John J. Levy

JJL:med
cc:    All Counsel of Record (*via ECF notification*)

MONTGOMERY McCRACKEN WALKER & RHOADS LLP

PENNSYLVANIA • NEW YORK • NEW JERSEY • DELAWARE

A PENNSYLVANIA LIMITED LIABILITY PARTNERSHIP
MICHAEL J. FEKETE, NEW JERSEY RESPONSIBLE PARTNER