UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IN THE MATTER OF THE COMPLAINT OF GRIMALDI DEEP SEA SPA AS OWNER/OPERATOR OF M/V GRANDE COSTA D'AVORIO FOR EXONERATION FROM OR LIMITATION OF LIABILITY

2:23-CV-20340-JXN-JBC

**NOTICE OF WITHDRAWAL OF COUNSEL**

**PLEASE TAKE NOTICE** that Matthew J. Pallay, a former partner at Freehill Hogan & Mahar LLP and an attorney admitted to practice before this Court, hereby withdraws as counsel on behalf of Claimant, American Maritime Services of New York, Inc. in the above-captioned action. Matthew J. Pallay's name may be removed from the docket of this case and confirms that at least one attorney of the firm who is a Bar of this Court will continue to serve as counsel of record.

Dated: New York, New York
October 15, 2024

FREEHILL HOGAN & MAHAR LLP

By: _/s/ Matthew J. Pallay_
Matthew J. Pallay, Esq.
NJ Attorney No.: 061552013
80 Pine Street, 25th Floor
New York, New York 10005-1759
T: (212) 425.1900 F: (212) 425.1901
pallay@freehill.com

617874.1