UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF GRIMALDI DEEP SEA S.p.A. AS OWNER/OPERATOR OF M/V GRANDE COSTA D'AVORIO FOR EXONERATION FROM OR LIMITATION OF LIABILITY | Civil Action No. 23-20340 (JXN)<br><br>MEDIATION REFERRAL AND ADMINISTRATIVE TERMINATION ORDER |

**THE COURT HAVING DETERMINED** that this action should be referred to mediation pursuant to Local Civil Rule 301.1,

**IT IS** on this day, November 12, 2024, **ORDERED** that:

1. The parties are referred to mediation before Henry E. Klingeman, Esq., Klingeman Cerimele, Attorneys, 100 Southgate Parkway, Suite 150, Morristown, NJ 07960, subject to the mediator's completion of a conflicts check. The parties shall contact the mediator to schedule the mediation session. The mediator's contact information is available on the Court's website at https://www.njd.uscourts.gov/sites/njd/files/MasterListMediation.pdf.

2. The parties shall complete mediation on or before **March 31, 2025**.

3. Pending the completion of mediation, this action and all pending motions shall be administratively terminated, without prejudice to restoration to the active docket at the conclusion of mediation.

4. The Court will conduct a telephone conference with the parties on **March 19, 2025 at 10:00 AM**. Counsel for Plaintiff shall initiate the call.

   s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**